UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN H. SMITH,<br><br>            Plaintiff,<br>    v.<br><br>ASCENSION ACQUISITION LLC et al.,<br><br>            Defendants. | CASE NO. 2:24-cv-01987-LK<br><br>ORDER DISMISSING DEFENDANT ASCENSION ACQUISITION LLC |

This matter comes before the Court on the Plaintiff and Defendant Ascension Acquisition's stipulated motion to dismiss Ascension from this action. Dkt. No. 29. Because Plaintiff's "stipulated" motion is not signed by all appearing parties, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court instead construes it as a notice of dismissal, Fed. R. Civ. P. 41(a)(1)(A)(i), and dismisses this action with respect to Ascension without prejudice and without an award of costs or expenses to either party. Ascension's pending motion to dismiss is denied as moot. Dkt. No. 20.

Dated this 14th day of May, 2025.

*Lauren King*
Lauren King
United States District Judge

ORDER DISMISSING DEFENDANT ASCENSION ACQUISITION LLC - 1