Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN H. SMITH,<br>Plaintiff,<br>v.<br>ASCENSION ACQUISITION LLC et al.,<br>Defendants. | CASE NO. 2:24-cv-01987-LK<br><br>ORDER EXTENDING TRIAL DATE AND PRETRIAL DEADLINES |

This matter comes before the Court on the parties' Second Stipulated Motion for Extension of Case Management Deadlines. Dkt. No. 71.[1] Finding good cause, the Court GRANTS the motion and extends the trial date and remaining pretrial deadlines as follows:

| Event | Date |
|---|---|
| **BENCH TRIAL SET FOR 9:00 a.m. on** | **May 10, 2027** |
| Length of trial | 2-3 days |
| All motions related to discovery must be filed by | November 10, 2026 |

[1] The Court notes that the parties failed to seek relief "sufficiently in advance of the deadline" as required by Local Civil Rule 7(j). Future violations of court rules may result in denial of requested relief and/or sanctions.

| | |
|---|---|
| Discovery completed by | December 11, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). | January 11, 2027 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | March 10, 2027 |
| All motions in limine must be filed by | April 5, 2027 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | April 19, 2027 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | April 26, 2027 |
| Pretrial conference scheduled at 10:00 a.m. on | April 30, 2027 |

DATED this 12th day of August, 2026.

Lauren King
United States District Judge